KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999



February 18, 2014

Via ECF

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705
      *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719
      *NCUA v. Goldman, Sachs & Co.*, No. 13-cv-6721
      *NCUA v. RBS Securities, LLC*, No. 13-cv-6726
      *NCUA v. Barclays Capital Inc.*, No. 13-cv-6727
      *NCUA v. UBS Securities, LLC*, No. 13-cv-6731
      *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-cv-6736

Dear Judge Cote:

We write on behalf of the National Credit Union Administration Board, as liquidating agent for Southwest and Members United Corporate Credit Unions ("NCUA"), in the above captioned actions. NCUA respectfully requests permission to serve Rule 45 subpoenas on certain servicers, originators, sponsors, and depositors. NCUA raised this issue with defendants in the above-captioned actions on February 11, 2014, and asked for any objections by February 12, 2014. No defendant responded or raised an objection to that request.

These subpoenas are necessary to obtain, among other things, loan files and underwriting guidelines pertaining to the transactions at issue. As this Court recognized at the November 14, 2013 status conference, obtaining such documents is often a lengthy process and can present a significant "bottleneck[]" in discovery in these actions. Tr. at 13-14.

NCUA respectfully submits that such third-party discovery should proceed now. In the November 21, 2013 Scheduling Order, this Court stayed discovery in the *NCUA v. Goldman, Sachs & Co.*, No. 13-cv-6721 action pending Goldman Sachs's motion to compel arbitration.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

The Honorable Denise L. Cote
February 18, 2014
Page 2

Dkt. No. 38, at 4.[1] In the remaining actions, this Court stayed discovery pending a decision on the motion to dismiss in the lead action, *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705, with the exception of loan tape discovery and the exchange of certain information necessary for the parties to negotiate ESI search terms, custodians, and the repositories to be searched. *Id.* Both the motion to compel in *Goldman Sachs* and the motion to dismiss in *Morgan Stanley* have since been resolved.[2]

In light of these developments, NCUA respectfully requests permission to serve Rule 45 subpoenas.

Respectfully submitted,

/s/ Andrew C. Shen
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Michelle W. Cohen
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
mcohen@pbwt.com

*[Handwritten annotation by the Court:]* The defendants having advised the Court that they take no position on this application, the application is approved. /s/ Denise Cote 2/21/14

---

[1] All references to docket numbers are to the *NCUA v. Morgan Stanley & Co., Inc.* No. 13-cv-6705 action.

[2] Further, the JPML has denied Defendants' request to transfer these actions to the District of Kansas pursuant to 28 U.S.C. § 1407.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

The Honorable Denise L. Cote
February 18, 2014
Page 3

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue,
Suite 1940
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Peter H. Rachman
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

*Attorneys for Plaintiff National Credit Union Administration Board*