KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

April 4, 2014

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 and related actions

Dear Judge Cote:

    Pursuant to the Court's March 31, 2014 Order, we write on behalf of the National Credit Union Administration Board, as Liquidating Agent of certain credit unions ("NCUA") to submit the Parties' Proposed Loan File Reunderwriting Protocol.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

The Honorable Denise L. Cote
April 4, 2014
Page 2

Respectfully submitted,

/s/  David C. Frederick

| | |
|---|---|
| David C. Frederick | Erik Haas |
| Wan J. Kim | Peter W. Tomlinson |
| Gregory G. Rapawy | Philip R. Forlenza |
| Andrew C. Shen | Michelle W. Cohen |
| KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C. | PATTERSON BELKNAP WEBB & TYLER LLP |
| Sumner Square | 1133 Avenue of the Americas |
| 1615 M Street, N.W., Suite 400 | New York, NY 10036 |
| Washington, D.C. 20036 | Tel:  (212) 336-2000 |
| Tel:  (202) 326-7900 | Fax:  (212) 336-2222 |
| Fax:  (202) 326-7999 | ehaas@pbwt.com |
| dfrederick@khhte.com | pwtomlinson@pbwt.com |
| wkim@khhte.com | prforlenza@pbwt.com |
| grapawy@khhte.com | mcohen@pbwt.com |
| ashen@khhte.com | |
| | |
| George A. Zelcs | David H. Wollmuth |
| KOREIN TILLERY LLC | Frederick R. Kessler |
| 205 North Michigan Avenue, Suite 1940 | Steven S. Fitzgerald |
| Chicago, IL 60601 | Ryan A. Kane |
| Tel:  (312) 641-9750 | WOLLMUTH MAHER & DEUTSCH LLP |
| Fax:  (312) 641-9751 | 500 Fifth Avenue, 12th Floor |
| gzelcs@koreintillery.com | New York, NY 10110 |
| | Tel.:  (212) 382-3300 |
| Stephen M. Tillery | Fax:  (212) 382-0050 |
| Greg G. Gutzler | dwollmuth@wmd-law.com |
| Peter H. Rachman | fkessler@wmd-law.com |
| Robert L. King | sfitzgerald@wmd-law.com |
| KOREIN TILLERY LLC | rkane@wmd-law.com |
| 505 North Seventh Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Tel:  (314) 241-4844 | |
| Fax:  (314) 241-3525 | |
| stillery@koreintillery.com | |
| ggutzler@koreintillery.com | |
| rking@koreintillery.com | |

*Attorneys for Plaintiff National Credit Union Administration Board*