**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union, | ) ) ) ) ) | Case Nos. 13 Civ. 6705 (DLC) |
| | ) | 13 Civ. 6719 (DLC) |
| | ) | 13 Civ. 6721 (DLC) |
| Plaintiff, | ) | 13 Civ. 6726 (DLC) |
| | ) | 13 Civ. 6727 (DLC) |
| v. | ) | 13 Civ. 6731 (DLC) |
| | ) | 13 Civ. 6736 (DLC) |
| | ) | |
| MORGAN STANLEY & CO., INC. and MORGAN STANLEY CAPITAL I INC., | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

And other NCUA cases.

## NOTICE OF MOTION *IN LIMINE*
## TO ADMIT EXPERT STATISTICAL SAMPLING TESTIMONY

PLEASE TAKE NOTICE that Plaintiff National Credit Union Administration Board ("NCUA") will and hereby does move this Court, before the Honorable Denise L. Cote, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order *in limine* admitting the expert statistical sampling testimony of NCUA's statistical sampling expert, Dr. Charles D. Cowan, in the above-captioned Cases. As explained in the accompanying Memorandum in Support of NCUA's Motion *in Limine* To Admit Expert Statistical Sampling Testimony, the opinions of Dr. Cowan comply with Federal Rule of Evidence 702 and the standards for expert testimony established in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny.

Dated:          April 4, 2014


|  |  |
|---|---|
| | /s/ David C. Frederick |
| Erik Haas | David C. Frederick |
| Peter W. Tomlinson | Wan J. Kim |
| Philip R. Forlenza | Gregory G. Rapawy |
| Henry J. Ricardo | Andrew C. Shen |
| PATTERSON BELKNAP WEBB & | KELLOGG, HUBER, HANSEN, TODD, |
| TYLER LLP |   EVANS & FIGEL, P.L.L.C. |
| 1133 Avenue of the Americas | Sumner Square |
| New York, NY 10036 | 1615 M Street, N.W., Suite 400 |
| Tel: (212) 336-2000 | Washington, D.C. 20036 |
| Fax: (212) 336-2222 | Tel: (202) 326-7900 |
| ehaas@pbwt.com | Fax: (202) 326-7999 |
| pwtomlinson@pbwt.com | dfrederick@khhte.com |
| pforlenza@pbwt.com | wkim@khhte.com |
| hjricardo@pbwt.com | grapawy@khhte.com |
| | ashen@khhte.com |

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
pforlenza@pbwt.com
hjricardo@pbwt.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

/s/ David C. Frederick
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Peter H. Rachman
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
prachman@koreintillery.com
rking@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

2