IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union, <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC. and MORGAN STANLEY CAPITAL I INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Nos.  13 Civ. 6705 (DLC) <br> 13 Civ. 6719 (DLC) <br> 13 Civ. 6721 (DLC) <br> 13 Civ. 6726 (DLC) <br> 13 Civ. 6727 (DLC) <br> 13 Civ. 6731 (DLC) <br> 13 Civ. 6736 (DLC) |

And other NCUA cases.

### NOTICE OF MOTION *IN LIMINE* TO ADMIT EXPERT STATISTICAL SAMPLING TESTIMONY

PLEASE TAKE NOTICE that Plaintiff National Credit Union Administration Board ("NCUA") will and hereby does move this Court, before the Honorable Denise L. Cote, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order *in limine* admitting the expert statistical sampling testimony of NCUA's statistical sampling expert, Dr. Charles D. Cowan, in the above-captioned Cases. As explained in the accompanying Memorandum in Support of NCUA's Motion *in Limine* To Admit Expert Statistical Sampling Testimony, the opinions of Dr. Cowan comply with Federal Rule of Evidence 702 and the standards for expert testimony established in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny.

Dated:        April 4, 2014

| | /s/ David C. Frederick |
|---|---|
| Erik Haas | David C. Frederick |
| Peter W. Tomlinson | Wan J. Kim |
| Philip R. Forlenza | Gregory G. Rapawy |
| Henry J. Ricardo | Andrew C. Shen |
| PATTERSON BELKNAP WEBB & TYLER LLP | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C. |
| 1133 Avenue of the Americas | Sumner Square |
| New York, NY 10036 | 1615 M Street, N.W., Suite 400 |
| Tel: (212) 336-2000 | Washington, D.C. 20036 |
| Fax: (212) 336-2222 | Tel: (202) 326-7900 |
| ehaas@pbwt.com | Fax: (202) 326-7999 |
| pwtomlinson@pbwt.com | dfrederick@khhte.com |
| pforlenza@pbwt.com | wkim@khhte.com |
| hjricardo@pbwt.com | grapawy@khhte.com |
| | ashen@khhte.com |
| David H. Wollmuth | |
| Frederick R. Kessler | George A. Zelcs |
| Steven S. Fitzgerald | KOREIN TILLERY LLC |
| Ryan A. Kane | 205 North Michigan Avenue, Suite 1950 |
| WOLLMUTH MAHER & DEUTSCH LLP | Chicago, IL 60601 |
| 500 Fifth Avenue, 12th Floor | Tel: (312) 641-9760 |
| New York, NY 10110 | Fax: (312) 641-9751 |
| Tel: (212) 382-3300 | gzelcs@koreintillery.com |
| Fax: (212) 382-0050 | |
| dwollmuth@wmd-law.com | Stephen M. Tillery |
| fkessler@wmd-law.com | Greg G. Gutzler |
| sfitzgerald@wmd-law.com | Peter H. Rachman |
| rkane@wmd-law.com | Robert L. King |
| | KOREIN TILLERY LLC |
| | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Tel: (314) 241-4844 |
| | Fax: (314) 241-3525 |
| | stillery@koreintillery.com |
| | ggutzler@koreintillery.com |
| | prachman@koreintillery.com |
| | rking@koreintillery.com |

*Attorneys for Plaintiff National Credit Union Administration Board*