KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

May 16, 2014

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701 .

The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

   Re: *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.)
      *NCUA v. Morgan Stanley & Co.*, No. 13-2418 (D. Kan.)
      *NCUA v. Goldman, Sachs & Co.*, No. 13-6721 (S.D.N.Y.)
      *NCUA v. Goldman, Sachs & Co.*, No. 11-6521 (C.D. Cal.)

Judges Cote, Lungstrum, Wu, and O'Hara
May 16, 2014
Page 2

Dear Judges Cote, Lungstrum, Wu, O'Hara:

      We write on behalf of the National Credit Union Administration Board in its capacity as liquidating agent for certain credit unions ("NCUA") to report on the parties' negotiations regarding Defendants' initial set of document custodians in the above-captioned cases. By order dated May 6, 2014, the Court ordered the parties to present any remaining disputes regarding these custodians by May 16, 2014.

      The parties have exchanged certain information and engaged in several meet-and-confer discussions regarding whether additional custodians are appropriate at this time. The parties believe they will benefit from additional time so that Defendants can provide additional information and so that the parties can complete their meet-and-confer discussions. NCUA also believes that a short extension would be particularly useful because, consistent with the Master Discovery Protocol, Defendants produced yesterday a number of deposition transcripts from other RMBS matters that may bear on these discussions.

      Accordingly, NCUA respectfully requests that the deadline for presenting any remaining disputes be extended from May 16 until no later than 6 p.m. ET on May 30, 2014. NCUA has conferred with counsel for Goldman and Morgan Stanley, who have authorized NCUA to represent that they join in this request.

Judges Cote, Lungstrum, Wu, and O'Hara
May 16, 2014
Page 3

Respectfully submitted,

/s/   David C. Frederick

| | |
|---|---|
| David C. Frederick | Erik Haas |
| Wan J. Kim | Peter W. Tomlinson |
| Gregory G. Rapawy | Philip R. Forlenza |
| Andrew C. Shen | Henry J. Ricardo |
| KELLOGG, HUBER, HANSEN, TODD, | PATTERSON BELKNAP WEBB & TYLER LLP |
|   EVANS & FIGEL, P.L.L.C. | 1133 Avenue of the Americas |
| Sumner Square | New York, NY 10036 |
| 1615 M Street, N.W., Suite 400 | Tel:  (212) 336-2000 |
| Washington, D.C. 20036 | Fax:  (212) 336-2222 |
| Tel:  (202) 326-7900 | ehaas@pbwt.com |
| Fax:  (202) 326-7999 | pwtomlinson@pbwt.com |
| dfrederick@khhte.com | prforlenza@pbwt.com |
| wkim@khhte.com | hjricardo@pbwt.com |
| grapawy@khhte.com | |
| ashen@khhte.com | David H. Wollmuth |
| | Frederick R. Kessler |
| George A. Zelcs | Steven S. Fitzgerald |
| KOREIN TILLERY LLC | Ryan A. Kane |
| 205 North Michigan Avenue, Suite 1950 | WOLLMUTH MAHER & DEUTSCH LLP |
| Chicago, IL 60601 | 500 Fifth Avenue, 12th Floor |
| Tel:  (312) 641-9750 | New York, NY 10110 |
| Fax:  (312) 641-9751 | Tel:  (212) 382-3300 |
| gzelcs@koreintillery.com | Fax:  (212) 382-0050 |
| | dwollmuth@wmd-law.com |
| Stephen M. Tillery | fkessler@wmd-law.com |
| Greg G. Gutzler | sfitzgerald@wmd-law.com |
| Robert L. King | rkane@wmd-law.com |
| KOREIN TILLERY LLC | |
| 505 North Seventh Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Tel:  (314) 241-4844 | |
| Fax:  (314) 241-3525 | |
| stillery@koreintillery.com | |
| ggutzler@koreintillery.com | |
| rking@koreintillery.com | |

*Attorneys for Plaintiff National Credit Union Administration Board*