KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

---

(202) 326-7900
FACSIMILE:
(202) 326-7999

July 3, 2014

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Via EMAIL*

The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

   Re: *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.) and related actions

Dear Judges Cote and O'Hara:

  I write to advise the Court of the status of its Orders regarding indispensible parties. As explained below, no defendant has provided NCUA with any information that NCUA has failed to join an indispensible party in these cases by the Court-ordered deadline of July 1, 2014.

  On June 2, 2014, Judge Cote issued an order noting that several defendants had pleaded an affirmative defense relating to indispensible parties, and ordering "any party may show cause by June 13, 2014 why this Court should not set a deadline of July 11, 2014 to join other parties in these actions." *NCUA v. Morgan Stanley, et al.*, No. 13-cv-6705-DLC, ECF No. 148. On June 6, 2014, Judge O'Hara adopted this Order for the related cases in Kansas.

  Pursuant to the parties' submissions on June 13, 2014, the Court issued Orders on June 16 and 17, 2014 requiring Defendants to "disclose to NCUA <u>by July 1, 2014</u>, the identity of any party it contends is indispensible, and the reasons for that contention." *Id.*, ECF No. 156 (emphasis added). The Orders set further deadlines following such disclosures, including the date for NCUA to amend its pleadings to join any indispensible parties, and a briefing schedule for motions to dismiss based on NCUA's failure to join an indispensible party. The Orders also made clear that "a defendant is precluded after August 15, 2014 from asserting as an affirmative defense that NCUA has failed to join an indispensible party unless the defendant can demonstrate that such defense is based on

Judges Cote and O'Hara
July 3, 2014
Page 2

subsequently acquired information, in which case a defendant must promptly advise NCUA accordingly." *Id.*

On June 20, 2014, the defendants in the *RBS* action moved for another stay of proceedings in the District of Kansas. *NCUA v. RBS, et al.*, No. 11-cv-2340-JWL-JPO, ECF No. 370. In support of that motion, the defendants cited the burden of complying with the Courts' Orders requiring disclosures related to indispensible parties. *Id.* at 5.

No Defendant made any disclosure related to "the identity of any party it contends is indispensible" by July 1, 2014. Accordingly, NCUA respectfully suggests that the other deadlines contained in the Orders have become moot.

Judges Cote and O'Hara
July 3, 2014
Page 3

Respectfully submitted,

/s/ David C. Frederick

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Judges Cote and O'Hara
July 3, 2014
Page 4

cc:     Counsel of Record (via ECF or Email)