KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 29, 2014

*Via ECF*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Via Electronic Mail*

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

Re:   *NCUA v. Goldman, Sachs & Co.*, No. 11-cv-6521 (C.D. Cal.), and related actions

Dear Judges Cote, Lungstrum, and O'Hara:

      We write on behalf of the National Credit Union Administration Board as liquidating agent for certain credit unions ("NCUA") in the above-captioned actions. For the reasons stated in our letter dated August 6, 2014, we provide courtesy copies of Goldman's response to NCUA's Motion To Lift or Modify Partial Stay of Discovery in *NCUA v. Goldman, Sachs & Co.*, No. CV-11-6521 (C.D. Cal.), which was filed on August 21, 2014, and NCUA's reply brief, which was filed today. The motion is now fully briefed.

                                                    Respectfully submitted,

                                                    /s/ David C. Frederick
                                                    David C. Frederick
                                                    Counsel for NCUA

Enclosures

cc: Counsel of Record (via ECF or Electronic Mail)