IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,<br><br>                          Plaintiff,<br>v.<br><br>GOLDMAN, SACHS & CO. and GS MORTGAGE SECURITIES CORP.,<br><br>                         Defendants. | Case No. 13-cv-6721 (DLC) |

## **DECLARATION OF GIUSEPPE S. GIARDINA**

Giuseppe S. Giardina DECLARES PURSUANT TO 28 U.S.C. § 1746 as follows:

1.     I am a duly licensed attorney appearing as counsel of record to National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union ("NCUA"), in this litigation. I submit this Declaration in support of a Motion for an Order permitting me to withdraw as counsel for NCUA.

2.     I seek to withdraw as counsel in this case because I am separating from Korein Tillery LLC.

3.     My withdrawal will have no adverse effect on the interests of my client, NCUA, as it is ably represented in this case by several other attorneys at Korein Tillery LLC as well as at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. and Wollmuth Maher & Deutsch LLP.

4.     My withdrawal will cause no delay in the resolution of this case and prejudices no one.

5.     I am not asserting a retaining or charging lien with the Court.

I declare under penalty of perjury, based on my information and belief, that the foregoing is true and correct.

Dated: 3/3/15

Giuseppe S. Giardina