IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Liquidating Agent of Southwest Corporate
Federal Credit Union,

                                            Plaintiff,

v.

GOLDMAN, SACHS & CO. and
GS MORTGAGE SECURITIES CORP.,

                                           Defendants.

Case No. 13-cv-6721 (DLC)

3/4/2015

## [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the motion of counsel and the Declaration of Giuseppe S. Giardina, IT IS HEREBY ORDERED that Giuseppe S. Giardina is no longer counsel of record for Plaintiff National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union. The Clerk of the Court is respectfully requested to amend the Court's records accordingly.

_____
United States District Judge

Dated: _____March 4_____, 2015