UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of Southwest Corporate
Federal Credit Union,

                     Plaintiff,

                     v.

GOLDMAN, SACHS & CO. and GS
MORTGAGE SECURITIES CORP.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-6721 (DLC)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please remove Lauren Frances Gizzi from the Court's service list for this action. Sullivan & Cromwell LLP continues to serve as counsel in this case for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. through its attorneys Richard H. Klapper, Stephanie G. Wheeler, William B. Monahan, Peter A. Steciuk and Mark S. Geiger. Please direct all future correspondence and papers in this action to them.

Dated:     March 6, 2015
             New York, New York

                                              /s/ Peter A. Steciuk
                                             Peter A. Steciuk (*SteciukP@sullcrom.com*)
                                             SULLIVAN & CROMWELL LLP
                                             125 Broad Street
                                             New York, New York 10004-2498
                                             Telephone:  (212) 558-4000
                                             Facsimile:  (212) 558-3588

                                             *Counsel for Defendants Goldman, Sachs & Co. and*
                                             *GS Mortgage Securities Corp.*