UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,

Plaintiff,

-v-

MORGAN STANLEY & CO., et al.,

Defendants.

And other NCUA Actions.

---------------------------------------X

13cv6705 (DLC)
13cv6719 (DLC)
13cv6721 (DLC)
13cv6726 (DLC)
13cv6727 (DLC)
13cv6731 (DLC)
13cv6736 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 3/12/15

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,

Plaintiff,

-v-

RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,

Defendants.

And other NCUA Actions.

---------------------------------------X

11cv2340 (JWL)
11cv2649 (JWL)
12cv2591 (JWL)
12cv2648 (JWL)
13cv2418 (JWL)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

----------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,

Plaintiff,

-v-

RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,

Defendants.

And other NCUA Actions.

----------------------------------------X

11cv5887 (GW)
11cv6521 (GW)

ORDER

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 12, 2015, NCUA submitted a letter requesting that Credit Suisse be ordered to respond adequately to NCUA's First Set of Interrogatories. Accordingly, it is hereby

ORDERED that Credit Suisse shall submit any response to NCUA's letter by March 16 at 10am EDT.

Dated: March 12, 2015

/s/ Denise Cote
United States District Judge

Dated: March 12, 2015

/s/ George H. Wu
United States District Judge

Dated: March 12, 2015

/s/ John W. Lungstrum
United States District Judge

Dated: March 12, 2015

/s/ James P. O'Hara
United States Magistrate Judge