```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                     Plaintiff,       :    13cv6705 (DLC)
            -v-                       :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                     Defendants.      :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                     Plaintiff,       :    11cv2340 (JWL)
            -v-                       :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                     Defendants.      :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :
            -v-                           :    11cv5887 (GW)
                                          :    11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :
CAPITAL MARKETS, INC., et al.,            :
                                          :    ORDER
                        Defendants.       :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 16, 2015, NCUA submitted a letter requesting that Goldman Sachs be ordered (1) to produce eight particular deposition transcripts from two lawsuits involving collateralized debt obligation ("CDOs") without attaching certain conditions to that production; (2) to identify other deponents in those two lawsuits; and (3) to identify other CDO lawsuits involving any of the residential mortgage backed securities ("RMBS") in these coordinated actions. Goldman Sachs responded by letter of March 18, explaining that it has produced the eight transcripts, but opposing NCUA's second and third enumerated requests.

Section 10(d) of the Master Discovery Protocol ("MDP") provides:

> <u>All parties shall produce the transcripts</u> of testimony and affidavits/affirmations, including all exhibits, <u>from any and all RMBS matters</u>, including all civil, criminal, or regulatory matters, <u>in which it or one of its officers or employees was a party</u>.  The testimony shall be treated as if taken in the Actions.  The parties shall endeavor to not subject witnesses to the same questioning for which a transcript was previously provided.  Each party shall produce existing transcripts and affidavits/affirmations, including all exhibits, by May 15, 2014, and future transcripts and affidavits/affirmations, including all exhibits, within two weeks after a final transcript of a deposition is available, and two weeks after a witness has signed an affidavit/affirmation.

(Emphasis supplied.)  Additionally, NCUA's Document Request #75 to Goldman Sachs sought "[a]ny transcribed . . . statement . . . , including associated exhibits, provided to any private or public litigants . . . concerning your underwriting of RMBS."  Accordingly, it is hereby

ORDERED that, by March 26, Goldman Sachs shall identify to NCUA (1) any CDO lawsuit involving any of the RMBS in these coordinated actions in which Goldman Sachs or one of its officers or employees was a party; (2) the extent to which a Goldman Sachs entity was a sponsor or underwriter of the RMBS in that CDO lawsuit; (3) the identity of any deponents in that CDO lawsuit who is also a custodian in these coordinated actions; and (4) the number of any additional Goldman Sachs deponents in that CDO lawsuit.

IT IS FURTHER ORDERED that the parties shall meet and confer with each other following the March 26 disclosure and may

3

bring any remaining dispute to the attention of our Courts by following the procedures in the MDP.


Dated: March 19, 2015          /s/ Denise Cote
                               United States District Judge


Dated: March 19, 2015          /s/ George H. Wu
                               United States District Judge


Dated: March 19, 2015          /s/ John W. Lungstrum
                               United States District Judge


Dated: March 19, 2015          /s/ James P. O'Hara
                               United States Magistrate Judge