```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                       Plaintiff,     :    13cv6705 (DLC)
              -v-                     :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                       Defendants.    :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                       Plaintiff,     :    11cv2340 (JWL)
              -v-                     :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                       Defendants.    :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/25/15_____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
              -v-                        :       11cv5887 (GW)
                                         :       11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :       ORDER
                         Defendants.     :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 24, 2015, the RBS defendants submitted a letter seeking an order compelling NCUA (1) to add eight U.S. Central custodians, and (2) to produce the remaining loan files for U.S. Central loans that underlie one of the offerings at issue in the Los Angeles action. In a separate letter of March 24, the RBS defendants request that Exhibits 4, 19, and 23 to its initial letter be filed under seal. Accordingly, it is hereby

ORDERED that NCUA shall submit any response to the RBS defendants' initial March 24 letter by March 27 at 9:00am EDT.

IT IS FURTHER ORDERED that the RBS defendants' request to file Exhibits 4, 19, and 23 under seal is granted.

Dated: March 25, 2015            /s/ Denise Cote
                                 United States District Judge


Dated: March 25, 2015            /s/ George H. Wu
                                 United States District Judge


Dated: March 25, 2015            /s/ John W. Lungstrum
                                 United States District Judge


Dated: March 25, 2015            /s/ James P. O'Hara
                                 United States Magistrate Judge