```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                    Plaintiff,        :    13cv6705 (DLC)
         -v-                          :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                    Defendants.       :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                    Plaintiff,        :    11cv2340 (JWL)
         -v-                          :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                    Defendants.       :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                        Plaintiff,       :
              -v-                        :      11cv5887 (GW)
                                         :      11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :      ORDER
                        Defendants.      :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 27, 2015, NCUA submitted a letter requesting that RBS be ordered (1) to promptly disclose the universe of loans it intends to re-underwrite, the securitizations they will be drawn from, how those loans will be selected, and for what purpose; (2) to promptly produce any such loan files within RBS's possession, custody, or control; and (3) to identify on or before May 16 the specific loans that will be the subject of its affirmative expert reports. Accordingly, it is hereby

ORDERED that RBS shall submit any response to NCUA's March 27 letter by March 30 at 5:00pm EDT.


Dated: March 27, 2015          /s/ Denise Cote
                               United States District Judge


Dated: March 27, 2015          /s/ George H. Wu
                               United States District Judge


Dated: March 27, 2015          /s/ John W. Lungstrum
                               United States District Judge


Dated: March 27, 2015          /s/ James P. O'Hara
                               United States Magistrate Judge