AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BD. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   Case No. 13-6721-DLC |
| GOLDMAN, SACHS & CO., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman, Sachs & Co., GS Mortgage Securities Corp.

Date:   04/16/2015

/s/ Malaika R. Staten
*Attorney's signature*

Malaika Staten
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Address*

statenm@sullcrom.com
*E-mail address*

(212) 558-3554
*Telephone number*

(212) 558-9934
*FAX number*