AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

NATIONAL CREDIT UNION ADMINISTRATION BD. )
*Plaintiff* )
v. )   Case No.   Case No. 13-6721-DLC
GOLDMAN, SACHS & CO., et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman, Sachs & Co., GS Mortgage Securities Corp. .

Date:     04/16/2015

/s/ William R. Vanderveer
*Attorney's signature*

William R. Vanderveer
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Address*

vanderveerw@sullcrom.com
*E-mail address*

(212) 558-4283
*Telephone number*

(212) 291-9944
*FAX number*