AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| NATIONAL CREDIT UNION ADMINISTRATION BD. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-6721-DLC |
| GOLDMAN, SACHS & CO., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman, Sachs & Co.; GS Mortgage Securities Corp.

Date: 04/16/2015

/s/ Leonid Traps
*Attorney's signature*

Leonid Traps
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
*Address*

trapsl@sullcrom.com
*E-mail address*

(212) 558-3416
*Telephone number*

(212) 291-9895
*FAX number*