AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| NATIONAL CREDIT UNION ADMINISTRATION BD. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cv-6721-DLC |
| GOLDMAN, SACHS & CO., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman, Sachs & Co., GS Mortgage Securities Corp.                                                                .

Date:     04/27/2015

/s/ Maya Krugman
*Attorney's signature*

Maya Krugman
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Address*

krugmanm@sullcrom.com
*E-mail address*

(212) 558-3288
*Telephone number*

(212) 291-9353
*FAX number*