```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                       Plaintiff,     :     13cv6705 (DLC)
            -v-                       :     13cv6719 (DLC)
                                      :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :     13cv6726 (DLC)
                                      :     13cv6727 (DLC)
                       Defendants.    :     13cv6731 (DLC)
                                      :     13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/15

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                       Plaintiff,     :     11cv2340 (JWL)
            -v-                       :     11cv2649 (JWL)
                                      :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :     12cv2648 (JWL)
                                      :     13cv2418 (JWL)
                       Defendants.    :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :
          -v-                             :
                                          :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                          Defendants.     :    ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On May 19, 2015, NCUA submitted a letter notifying our Courts of a discovery dispute arising from a deposition to be taken in the Northern District of Illinois in these coordinated actions.  The deponent has filed a motion to quash or for a protective order.  NCUA has moved to transfer the motions from the Northern District of Illinois, in which they are currently pending, to the Southern District of New York.

The Advisory Committee notes to Fed. R. Civ. P. 45(f) provide:

> In some circumstances . . . transfer may be warranted in order to avoid disrupting the issuing court's management of the underlying litigation, as when that court has already ruled on issues presented by the motion or the same issues are likely to arise in discovery in many districts. . . . Judges in compliance districts may find it helpful to consult with the judge in the issuing court presiding over the

2

    underlying case while addressing subpoena-related motions.

Accordingly, it is hereby

    ORDERED that, if a motion pertaining to these coordinated actions is made in a court other than our three Courts (such as the motion discussed in NCUA's May 19 letter), the parties implicated by that motion shall convey to the judicial officer to whom the motion is assigned that our Courts stand ready and willing to accept transfer of the motion.  The parties shall also convey that a transfer of the motion can be effected by transferring the motion to the Hon. Denise Cote in the Southern District of New York, whereafter it shall be ruled upon following consultation among Judge Cote, Judges Lungstrum and/or O'Hara, and Judge Wu.

    IT IS FURTHER ORDERED that promptly after any such transfer the party seeking the discovery shall file in each district in this coordinated litigation copies of the motion papers related to the dispute.

IT IS FURTHER ORDERED that the parties shall also convey to the judicial officer to whom such a motion is addressed that, pursuant to the Master Discovery Protocol and a May 13, 2015 Order entered in these coordinated actions, our Courts have mechanisms in place for resolving disputes that arise both in advance of and during a deposition.

SO ORDERED:

Dated: May 20, 2015          /s/ Denise Cote
                             United States District Judge


Dated: May 20, 2015          /s/ George H. Wu
                             United States District Judge


Dated: May 20, 2015          /s/ John W. Lungstrum
                             United States District Judge


Dated: May 20, 2015          /s/ James P. O'Hara
                             United States Magistrate Judge