```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :     13cv6705 (DLC)
              -v-                       :     13cv6719 (DLC)
                                        :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :     13cv6726 (DLC)
                                        :     13cv6727 (DLC)
                         Defendants.    :     13cv6731 (DLC)
                                        :     13cv6736 (DLC)
And other NCUA Actions.                 :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/15_____

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :     11cv2340 (JWL)
              -v-                       :     11cv2649 (JWL)
                                        :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :     12cv2648 (JWL)
                                        :     13cv2418 (JWL)
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :
             -v-                        :
                                        :   11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :   11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,          :
                                        :
                         Defendants.    :   ORDER
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On May 18, 2015, NCUA submitted a letter concerning UBS's response to Interrogatory No. 11. That Interrogatory requests: "For each Specified Security, identify Your employees responsible for ensuring the accuracy of the statements set forth in [appendices to NCUA's complaints containing examples of the alleged misrepresentations in the Offering Documents] and describe the principal and material efforts made by those employees to ensure the accuracy of those statements."

UBS served an amended response that identified documents listing every UBS employee who worked on a particular securitization in any capacity. In its May 20 responsive letter, UBS explains that it had "no choice" but to identify all employees who played a role in the securitization process as "each had some responsibility." UBS does not address why it did

not identify "the principal and material efforts made by" the identified employees to ensure the accuracy of the identified statements in the Offering Documents.  Accordingly, it is hereby

ORDERED that, by May 26, UBS shall answer Interrogatory No. 11 by identifying by name those employees with <u>ultimate</u> responsibility for ensuring the accuracy of the identified statements in each of the Offering Documents and by describing the principal and material efforts made by each identified employee to ensure the accuracy of those statements.


Dated: <u>May 21, 2015</u>          <u>/s/ Denise Cote</u>
                               United States District Judge


Dated: <u>May 21, 2015</u>          <u>/s/ George H. Wu</u>
                               United States District Judge


Dated: <u>May 21, 2015</u>          <u>/s/ John W. Lungstrum</u>
                               United States District Judge


Dated: <u>May 21, 2015</u>          <u>/s/ James P. O'Hara</u>
                               United States Magistrate Judge