```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                    Plaintiff,        :    13cv6705 (DLC)
           -v-                        :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                    Defendants.       :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                    Plaintiff,        :    11cv2340 (JWL)
           -v-                        :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :    12cv2648 (JWL)
                                      :    13cv2418 (JWL)
                    Defendants.       :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :
          -v-                           :
                                        :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,          :
                                        :
                        Defendants.     :       ORDER
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 4, 2015, RBS submitted a letter to our three Courts seeking an order in the Kansas and California actions compelling NCUA to produce deposition transcripts and exhibits from a separate lawsuit -- <u>Corporate America Credit Union v. Herbst et al.</u>, No. 09cv2126 (IPJ) (N.D. Ala.) -- commenced by one of U.S. Central's members (Corporate America Credit Union) against U.S. Central's former officers and directors concerning U.S. Central's RMBS investments.  Accordingly, it is hereby

2

ORDERED that NCUA shall submit any response to RBS's June 4 letter by June 8 at noon EDT.

Dated: June 5, 2015          /s/ Denise Cote
                             United States District Judge


Dated: June 5, 2015          /s/ George H. Wu
                             United States District Judge


Dated: June 5, 2015          /s/ John W. Lungstrum
                             United States District Judge


Dated: June 5, 2015          /s/ James P. O'Hara
                             United States Magistrate Judge