UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    : 13cv6705 (DLC)
BOARD, etc.,                            : 13cv6719 (DLC)
                    Plaintiff,   : 13cv6721 (DLC)
     -v-                               : 13cv6726 (DLC)
                                        : 13cv6727 (DLC)
MORGAN STANLEY & CO., et al.,           : 13cv6731 (DLC)
                                        : 13cv6736 (DLC)
                   Defendants.  :
                                        :       ORDER
And other NCUA Actions.                 :
------------------------------------X

DENISE COTE, District Judge:

Pursuant to § 2 of the Master Discovery Protocol entered in these Coordinated Actions,

> All discovery applications and disputes shall be brought to the Coordination Judge in the form of a two-page letter, with copies simultaneously provided to the other three Judges. . . . All applications and disputes regarding discovery in any Action will be filed in the lead case pending in the Southern District of New York (currently 13 Civ. 6705).

Pursuant to § 9 of the Master Protective Order entered in these Coordinated Actions,

> In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court. Where possible, only confidential portions of filings with

the Court shall be inscribed with the phrase "Confidential — Subject to Court Order."

Accordingly, it is hereby

ORDERED that, should a party in the above captioned actions in the Southern District of New York wish to redact portions of a letter or letter-motion or file its accompanying exhibits under seal, the party may file the letter or letter-motion and any exhibits for which the party requests sealing in redacted form on ECF and simultaneously provide to Chambers via email an unredacted copy of the letter or letter-motion and all the supporting exhibits. Where the exhibits exceed ten pages, the parties must follow the procedure in the Court's Individual Practices and promptly submit hard copies to Chambers. Any emailed letter or letter-motion should indicate that a redacted version of the letter or letter-motion has been filed via ECF.

Dated: New York, New York
June 8, 2015

DENISE COTE
United States District Judge