```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :    13cv6705 (DLC)
              -v-                     :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                         Defendants.  :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/15

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :    11cv2340 (JWL)
              -v-                     :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :   12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :    12cv2648 (JWL)
                                      :    13cv2418 (JWL)
                         Defendants.  :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
             -v-                         :
                                         :     11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :     11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :     ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 10, 2015, non-party James Whittemore ("Whittemore") submitted a request to file under seal exhibits 6-9 to his memorandum of law in support of his motion to quash. Accordingly, it is hereby

ORDERED that Whittemore is granted leave to file under seal exhibits 6-9.

IT IS FURTHER ORDERED that, at the time Whittemore makes his filing, he shall email unredacted copies of the exhibits to Judge Cote's Chambers at **cotenysdchambers@nysd.uscourts.gov**.

Judge Cote will promptly forward all submissions to the other Judges.

Dated: June 10, 2015        /s/ Denise Cote
                            United States District Judge


Dated: June 10, 2015        /s/ George H. Wu
                            United States District Judge


Dated: June 10, 2015        /s/ John W. Lungstrum
                            United States District Judge


Dated: June 10, 2015        /s/ James P. O'Hara
                            United States Magistrate Judge

3