```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    13cv6705 (DLC)
                -v-                     :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                         Defendants.    :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    11cv2340 (JWL)
                -v-                     :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :    12cv2648 (JWL)
                                        :    13cv2418 (JWL)
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                       Plaintiff,        :
          -v-                            :
                                         :     11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :     11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                       Defendants.       :     ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 18, 2015, RBS submitted a letter to our three Courts seeking an order in the Kansas and California actions compelling the depositions of four additional former U.S. Central employees. Accordingly, it is hereby

ORDERED that NCUA shall submit any response to RBS's June 18 letter by June 23 at 9 AM EDT.

Dated: June 19, 2015          /s/ Denise Cote
                              United States District Judge


Dated: June 19, 2015          /s/ George H. Wu
                              United States District Judge


Dated: June 19, 2015          /s/ John W. Lungstrum
                              United States District Judge


Dated: June 19, 2015          /s/ James P. O'Hara
                              United States Magistrate Judge