```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :     13cv6705 (DLC)
             -v-                          :     13cv6719 (DLC)
                                          :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :     13cv6726 (DLC)
                                          :     13cv6727 (DLC)
                        Defendants.       :     13cv6731 (DLC)
                                          :     13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :     11cv2340 (JWL)
             -v-                          :     11cv2649 (JWL)
                                          :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :     12cv2648 (JWL)
                                          :     13cv2418 (JWL)
                        Defendants.       :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/26/15_____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                      Plaintiff,          :
           -v-                            :
                                          :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                      Defendants.         :       ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 10, 2015, our Courts ordered that NCUA produce any demand for compensation by Connie Loveless ("Loveless"), former Chief Investment Officer of U.S. Central, any current or former compensation agreement between NCUA and Loveless in this matter, and any documents related to the demand and any such compensation agreement. Our Courts also ordered that Loveless be produced for an additional thirty minutes of deposition concerning any documents produced.

On June 22, 2015, RBS submitted an application requesting thirty more minutes of deposition in addition to the thirty already granted. On June 25, NCUA opposed the application. Having considered the parties' submissions, it is hereby

2

ORDERED that RBS shall be granted an additional fifteen minutes of deposition time.  Considered with our Courts' Order of June 10, NCUA shall produce Loveless for a total of forty-five additional minutes of deposition.

Dated: June 26, 2015          __/s/ Denise Cote_____
                                      United States District Judge


Dated: June 26, 2015          __/s/ George H. Wu_____
                                      United States District Judge


Dated: June 26, 2015          ___/s/ John W. Lungstrum_____
                                      United States District Judge


Dated: June 26, 2015          ___/s/ James P. O'Hara_____
                                      United States Magistrate Judge