**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,

      Plaintiff,

  v.

GOLDMAN, SACHS & CO. and GS MORTGAGE SECURITIES CORP.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-6721 (DLC)

## NOTICE OF APPEARANCE

  To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.

  I certify that I am admitted to practice in this Court.

Dated:  July 1, 2015
     New York, New York

          /s/ Christopher J. Dunne
         Christopher J. Dunne (*dunnec@sullcrom.com*)
         SULLIVAN & CROMWELL LLP
         125 Broad Street
         New York, New York 10004-2498
         Telephone:  (212) 558-4000
         Facsimile:  (212) 558-3588

         *Counsel for Defendants Goldman, Sachs & Co. and*
         *GS Mortgage Securities Corp.*