```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIVE CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                            :
                          Plaintiff,    :     13cv6705 (DLC)
              -v-                       :     13cv6719 (DLC)
                                        :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :     13cv6726 (DLC)
                                        :     13cv6727 (DLC)
                          Defendants.   :     13cv6731 (DLC)
                                        :     13cv6736 (DLC)
And other NCUA Actions.                 :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                          Plaintiff,    :     11cv2340 (JWL)
              -v-                       :     11cv2649 (JWL)
                                        :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :     12cv2648 (JWL)
                                        :     13cv2418 (JWL)
                          Defendants.   :
                                        :
And other NCUA Actions.                 :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                           Plaintiff,     :
             -v-                          :
                                          :   11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :   11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                           Defendants.    :   ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On July 9, 2015, RBS submitted an application to our three Courts requesting an extension of the fact discovery deadline to August 5, 2015 for the limited purpose of conducting a 30(b)(6) deposition with Barclays Capital, Inc.  Accordingly, it is hereby

ORDERED that any responsive submissions shall be filed by July 13, 2015, at 10 a.m. EDT.

Dated: July 9, 2015            /s/ Denise Cote
                               United States District Judge


Dated: July 9, 2015            /s/ George H. Wu
                               United States District Judge


Dated: July 9, 2015            /s/ John W. Lungstrum
                               United States District Judge


Dated: July 9, 2015            /s/ James P. O'Hara
                               United States Magistrate Judge