```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :    13cv6705 (DLC)
               -v-                    :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                          Defendants. :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :    11cv2340 (JWL)
               -v-                    :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :    12cv2648 (JWL)
                                      :    13cv2418 (JWL)
                          Defendants. :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/12/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
            -v-                          :
                                         :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :    ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On August 12, 2015, NCUA submitted an application to our three Courts requesting that Credit Suisse be ordered to respond to NCUA's interrogatories by August 28, 2015.  Accordingly, it is hereby

ORDERED that any responsive submissions shall be filed by August 14, 2015, at Noon EDT.

Dated:  August 12, 2015           /s/ Denise Cote
                                      United States District Judge


Dated:  August 12, 2015           /s/ George H. Wu
                                      United States District Judge


Dated:  August 12, 2015           /s/ John W. Lungstrum
                                      United States District Judge


Dated:  August 12, 2015           /s/ James P. O'Hara
                                      United States Magistrate Judge

2