```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :    13cv6705  (DLC)
              -v-                        :    13cv6719  (DLC)
                                         :    13cv6721  (DLC)
MORGAN STANLEY & CO., et al.,            :    13cv6726  (DLC)
                                         :    13cv6727  (DLC)
                         Defendants.     :    13cv6731  (DLC)
                                         :    13cv6736  (DLC)
And other NCUA Actions.                  :
----------------------------------------X
```

9/16/2015

DENISE COTE, District Judge:

On September 15, 2015, Defendants RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) and RBS Acceptance Inc. (f/k/a Greenwich Capital Acceptance, Inc.) (collectively, "RBS") notified the Court that Plaintiff National Credit Union Administration Board, as liquidating agent for Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union ("NCUA"), has accepted its offer of judgment pursuant to Federal Rule of Civil Procedure 68. It is hereby

ORDERED that NCUA and RBS shall confer on a schedule for resolving any motion for attorneys' fees and costs and jointly propose a schedule for same by September 25, 2015.

Dated:   New York, New York
         September 15, 2015

                                   _____
                                          DENISE COTE
                                   United States District Judge