UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,

        Plaintiff,

        v.

GOLDMAN, SACHS & CO. and GS MORTGAGE SECURITIES CORP.,

        Defendants.

------------------------------- x

Case No. 13-cv-6721 (DLC)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: November 6, 2015
      New York, New York

                             /s/ Lawrence T. Gresser
                             Lawrence T. Gresser
                             ltgresser@cohengresser.com

                             COHEN & GRESSER LLP
                             800 Third Avenue
                             New York, NY 10022
                             Telephone: (212) 957-7600
                             Fax: (212) 957-4514

                             *Counsel for Goldman, Sachs & Co. and*
                             *GS Mortgage Securities Corp.*