UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of Southwest Corporate
Federal Credit Union,

        Plaintiff,

        v.

GOLDMAN, SACHS & CO. and GS
MORTGAGE SECURITIES CORP.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-6721 (DLC)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: November 6, 2015
       New York, New York

                                /s/ Nathaniel P. T. Read
                                Nathaniel P. T. Read
                                nread@cohengresser.com

                                COHEN & GRESSER LLP
                                800 Third Avenue
                                New York, NY 10022
                                Telephone: (212) 957-7600
                                Fax: (212) 957-4514

                                *Counsel for Goldman, Sachs & Co. and*
                                *GS Mortgage Securities Corp.*