UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of Southwest Corporate
Federal Credit Union,

        Plaintiff,

        v.

GOLDMAN, SACHS & CO. and GS
MORTGAGE SECURITIES CORP.,

        Defendants.

------------------------------- x

Case No. 13-cv-6721  (DLC)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  November 6, 2015
        New York, New York

        /s/  Joanna K. Chan
        Joanna K. Chan
        jchan@cohengresser.com

        COHEN & GRESSER LLP
        800 Third Avenue
        New York, NY 10022
        Telephone: (212) 957-7600
        Fax: (212) 957-4514

        *Counsel for Goldman, Sachs & Co. and*
        *GS Mortgage Securities Corp.*