UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of Southwest Corporate
Federal Credit Union,

        Plaintiff,

        v.                        13-cv-6721 GW (DLC)

GOLDMAN, SACHS & CO., GS
MORTGAGE SECURITIES CORP.,

        Defendants.

------------------------------- x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: November 13, 2015
       New York, New York

                          /s/ Patrick M. Connorton
                          Patrick M. Connorton
                          pconnorton@cohengresser.com

                          COHEN & GRESSER LLP
                          800 Third Avenue, 21st Floor
                          New York, NY 10022
                          Telephone: (212) 957-7600
                          Facsimile: (212) 957-4514

                          *Counsel for Goldman, Sachs & Co. and GS Mortgage Securities Corp.*