UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,<br><br>        Plaintiff,<br>v.<br><br>GOLDMAN, SACHS & Co. AND GS MORTGAGE SECURITIES CORP.,<br><br>        Defendants. | Civil Action No. 13-cv-6721 (DLC) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Andrew E. Goldsmith, a member in good standing of this Court, enters his appearance in the above-captioned matter as counsel of record for National Credit Union Administration Board, as Liquidating Agent of Southwest Corporate Federal Credit Union.

Dated: November 16, 2015

Respectfully submitted,

/s/ Andrew E. Goldsmith
Andrew E. Goldsmith (AG-7360)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
agoldsmith@khhte.com