```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :
            -v-                       :      13cv6721 (DLC)
                                      :
GOLDMAN, SACHS & CO., et al.,         :          ORDER
                                      :
                          Defendants. :
                                      :
----------------------------------------X

DENISE COTE, District Judge:

On September 18, 2015, the Court ordered that the parties to this action schedule mediation or settlement sessions to take place no later than October 30.  This action is scheduled to proceed to trial on June 20, 2016.  It is hereby

ORDERED that the parties shall, by December 18, jointly file a further update on the status of mediation or settlement discussions in this matter, including the dates on which they are scheduled to continue any settlement discussions.

Dated:    New York, New York
          December 2, 2015

                          _____
                                    DENISE COTE
                          United States District Judge