AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 13-CV-6721 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants: GS Mortgage Securities Corp.
Goldman Sachs and Co.

I certify that I am admitted to practice in this court.

| 12/3/2015 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Theodore Edelman | 1909332 |
| | Print Name | Bar Number |
| | 125 Broad St. | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 558-3436 | (212) 291-9045 |
| | Phone Number | Fax Number |