AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 13-CV-6721 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants: GS Mortgage Securities Corp.
Goldman Sachs and Co.

I certify that I am admitted to practice in this court.

| 12/3/2015 | *[signature]* |
|---|---|
| Date | Signature |

| Jacob M. Croke | 4896098 |
|---|---|
| Print Name | Bar Number |

125 Broad St.
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 558-4895 | (212) 291-9808 |
|---|---|
| Phone Number | Fax Number |