UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union,

      Plaintiff,

  v.

GOLDMAN, SACHS & CO. and GS MORTGAGE SECURITIES CORP.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-6721 (DLC)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please remove William R. Vanderveer and Peter A. Steciuk from the Court's service list for this action. Sullivan & Cromwell LLP continues to serve as counsel in this case for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. through its attorneys Richard H. Klapper, Stephanie G. Wheeler, Theodore Edelman, William B. Monahan, Christopher J. Dunne, Maya Krugman, Jacob M. Croke, Leonid Traps, Mark S. Geiger and Malaika R. Staten. Please direct all future correspondence and papers in this action to counsel of record from Sullivan & Cromwell LLP.

Dated:   January 28, 2016
      New York, New York

              /s/ Maya Krugman
              Maya Krugman (*krugmanm@sullcrom.com*)
              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York 10004-2498
              Telephone: (212) 558-4000
              Facsimile: (212) 558-3588
              *Counsel for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*