USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2016

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                       Plaintiff,        :     13cv6705 (DLC)
          -v-                            :     13cv6721 (DLC)
                                         :     13cv6726 (DLC)
MORGAN STANLEY & CO., et al.,            :     13cv6731 (DLC)
                                         :     13cv6736 (DLC)
                       Defendants.       :
                                         :         ORDER
And other NCUA Actions.                  :
---------------------------------------- X
```

DENISE COTE, District Judge:

NCUA and Defendants Morgan Stanley & Co., Inc. and Saxon Asset Securities Co. ("Morgan Stanley") have reached settlement in NCUA v. Morgan Stanley & Co., Inc., No. 13cv2418 (D. Kan.) and NCUA v. Morgan Stanley & Co., Inc., No. 13cv6705 (S.D.N.Y.). On January 6, 2016, NCUA and Morgan Stanley jointly moved for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Morgan Stanley for contribution or indemnity in connection with two certificates also at issue in NCUA v. RBS Securities, Inc., No. 11cv5887 (C.D. Cal.), NCUA v. Credit Suisse Securities (USA) LLC, No. 12cv2648 (D. Kan.), and NCUA v. RBS Securities, Inc., No. 11cv2340 (D. Kan.). The Court approved a nearly identical bar order between NCUA and Barclays in an Opinion and Order dated December 4, 2015.

Opposition to the January 6 motion for a bar order was due on January 22. No opposition was filed. Accordingly, for the

reasons stated in the Court's Opinion and Order of December 4, 2015, it is hereby

ORDERED that NCUA and Morgan Stanley's January 6, 2016 motion for a bar order is granted. The bar order shall be issued separately.

Dated: New York, New York
January 28, 2016

                                                  DENISE COTE
                                   United States District Judge